FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Angel L. Rodriguez

(Enter above the full name of the plaintiff in this action)

V.

Officer Tirado

April Munson APN of CFG HealthSystems

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

(To be supplied by the Clerk of the Court)

MAR 1 4 2022

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of    $50.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6.      If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.      If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.     Jurisdiction is asserted pursuant to (CHECK ONE)

        _√_  42 U.S.C. §1983 (applies to state prisoners)

        ____  Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

        If you want to assert jurisdiction under different or additional statutes, list these below:

        _____

1b.     Indicate whether you are a prisoner or other confined person as follows:

        ___ Pretrial detainee

        ___ Civilly-committed detainee

        ___ Immigration detainee

        ___ Convicted and sentenced state prisoner

        ___ Convicted and sentenced federal prisoner

        ___ Other: (please explain) Cumberland County Dept of Corrections

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _Angel L. Rodriguez_

Defendant(s): _Officer Tirado   April Munson APN of CFG Health Systems_

b.    Court and docket number: _____

c.    Grounds for dismissal: ( )   frivolous   ( ) malicious

( )   failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit: _March 4, 2022_

e.    Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? _Cumberland County Dept of Correction_

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: _Angel L. Rodriguez_

Address: _54 West Broad St Bridgeton NJ 08302_

Inmate#: _88927_

b.    First defendant:

Name: _Officer Tirado_

Official position: _Correction officer at Cumberland County Dept of Corrections_

Place of employment: _54 West broad St Bridgeton NJ 08302_

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_Officer Tirado constantly denied me my time out of my cell to use the phone take shower or anything I spent most of the day in my cell all day a inmate committed suicide because officer Tirad didnt let us out of the Cell I was injured as a result of the suicide_

c.    Second defendant:

Name: _April Munson_

Official position: _APN_

Place of employment: _Cumberland county Department of Correction_

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_April Munson denied me treatment for pain from the injuries I sustained I have laceration and open wound that needs wound care and treatment daily on my arms knee and thigh_

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.    I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

____Yes    ✓No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

_____

_____

_____

_____

If your answer is "No," briefly explain why administrative remedies were not exhausted.

I'm still traumitized from the suicide and Injuries I sustained
I keep hearing the resiskten machine say breath! breath! breath

6.    Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

Officer Tirado denied me time out of my cell on May 6th or on
Cursing me to stay in my cell 24 to 48 hours or more at a time
without coming out. I was in the Pod from Febuary 18th 2022 to 5:30 pm
on March 1st when the inmate commited suicide and when I was injured
I was one of the first responder on the scene and assisted with carrying
a machine up a flight of stairs the machine weighs a lot and was hard
to carry causing me to fall and injure my knee, arm, thigh on

the right side of my body I'm also suffering from abnormal feelings
in my left arm and fingers I was denied medical treatment
because there isnt adequate staff in CFG I did not get seen for my
injuries until much later I seen April Munson who was very rude
and heartless about what happen to me she did not treat me for my
injuries I was given one day pain ointment for my open wounds
which I'm still suffering for I was not young anything for my swollen
knee or for the other thing I'm suffering from like night mare and
lost of sleep from the suicide I. Wilson the Scene for I dont believe
that inmates should stay in there or our cells all day with
out coming out this is hard on the body and mind This seems
very inhumane and is a serious issue at this jail I heard the
inmate who committed suicide ask multiple time to get time out of
his room and he and other including my self was denied on
many occassions I'm afraid to talk about how all this affects
me mentally because if you mention anything that affecting your
mental health your put in a suicide cell in a turtle suit that
wraps around your body with no blankets or sheet you sleep
on the floor and again you never come out of your cell for
a phone call or shower it depends on the officer who working
the rules and policies arent being followed and Inmates are committing
suicide and being injured as a result

7. Relief

(State briefly exactly what you want the Court to do for you. Make no
legal arguments. Cite no cases or statutes.)

Appoint probono counsel to assist and ensure that everything I'm
saying is proven to the District court Interview and investigate the
policy and procedure that keep inmate in there cells for more time than
allowed interview inmate in the Pods and Jail and those subject to

DNJ-ProSe-006-ProSePrisCvRghtsCmpFrm-STANDARD-(Rev.05-2013)        Page 6

_Hudson county Jail  I am asking  1 million dollars in pain and suffering_

8.   Do you request a jury or non-jury trial? (Check only one)

( ) Jury Trial (✓) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  4  day of  March  , 20 2 2

_Angel J. Rodriguez_

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT
HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.
REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

TILIYA A. KING
NOTARY PUBLIC OF NEW JERSEY
Commission # 50113482
My Commission Expires 9/24/2024

_Tiliya a King_
3/7/22