Angel T. Rodriguez

Case # 1:22-CV-01376-RMB-MJS

April 13, 2022

Good morning, Renee Marie Bumb

Writing to you today to inform you, on April 12, 2022 of last night approx: 9:00pm Officer Tirado approached my door and said to me, I'm still here you piece of SHIT! (camera above my door)

Also Doctor James Neil still hasn't checked on my arm and fingers, and my pain is unbearable at this stage.

I'm dealing with harrassment and pain & ptsd please help.

RECEIVED
APR 22 2022
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

# CCDOC INMATE REQUEST FORM

This Form Must Be Signed and dated by the Area Supervisor Upon Submission

Complete One Form for Each Department / Program / Inquiry

(MARQUE SOLAMEME UN DEPARTMENTO / PROGRAMA / SERVICIO POR FORMULARIO)
(CIRCLE YOUR CHOICE)

RECEIVED
APR 22 2022
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**ADMINISTRATION**
- Disciplinary Appeals
- Special Visit Request
- Reinstate Visits
- Other: _____

**MEDICAL / MENTAL HEALTH**
- Emergency / Medication / Medical Release Form
- Dental / Eye Glasses / Referrals
- Co-Pay Issues / Diets – Food Allergies

**CUSTODY / MAILROOM**
- Housing Unit / Cell Change
- Legal / Certified Mail
- Property / Property claims

**SIU**
- Special Housing
- STG / Visit Ban
- Other: _____

**CLASSIFICATION**
- Status / Work Assignment
- Open Charges / Detainers
- County Calculation
- Citizenship
- Parole / Opt-out Panel Hearing
- Drug Court
- Other: Warden  (Attention)

**EDU / SS / RELIGIOUS**
- GED / Certificate
- Legal Call / Law Library
- Paralegal Assist / Supplies
- Funeral Trip / Emergency
- SSI / SSDI / Release Plans
- MAT / Project PRIDE
- Drug Court Programs
- Religious items / Issues

**COMMISSARY**
- Order / Issues
- Account Balance
- Other: _____

---

**THIS SECTION TO BE COMPLETED BY DETAINEE**

Detainee Name: Angel L. Rodriguez     Booking Number:     SBI#: 88927     Unit: B-POD     Date: April 13, 2022

Request: April 12th 2022 of Lastnight approx: 9:00pm Officer Tirado approached my door and said to me, I'm still here you piece of SHIT!

**FOR OFFICIAL USE ONLY – DO NOT WRITE BELOW THIS LINE**

Received by: Lt. M. ___ SGT     Date: 4/13/22     Dept. Forwarded to: Warden     Date: 4/13/22

Staff Response:

Staff Signature:                              Admin Reviewer:

White and Yellow to Custody • Pink to Inmate                              Form IRF - 521 rev. 07/21

Angel L. Rodriguez
88927
Cumberland County Jail
P.O. Box 717
54 W. Broad Street
Bridgeton, NJ 08302

CLERK, UNITED STATES
DISTRICT COURT
P.O. BOX 2797
CAMDEN, NJ 08101

RECEIVED
APR 22 2022
AT 8:30 M
WILLIAM T. WALSH
CLERK